# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA L. GRAHAM,**<br><br>Plaintiff,<br><br>vs.<br><br>**SUNNOVA ENERGY INTERNATIONAL, INC.,**<br><br>Defendant. | **Case No.:** 1:22-cv-00622-JLT-BAM<br><br>ORDER APPROVING STIPULATED EXTENSION OF TIME TO FILE OPPOSITION |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders that Plaintiff SANDRA L. GRAHAM may file a response to Defendant SUNNOVA ENERGY INTERNATIONAL, INC.'s Motion on or before Friday, September 9, 2022.

IT IS SO ORDERED.

Dated:   **August 31, 2022**

_____
UNITED STATES DISTRICT JUDGE